# Notice Recipients

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com |
| aty | Wayne G Gracey | wayneglegal@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Timothy Lang | 318 Cedar Alley    Middleburg, PA 17842 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 5298636 | Bb&T | Po Box 1847    Wilson, NC 27894 |
| 5298635 | Bb&T | Po Box 2027    Greenville, SC 29602 |
| 5298637 | Capital One Bank Usa N | 15000 Capital One Dr    Richmond, VA 23238 |
| 5298638 | Central Credit Audit | 100 N 3rd St    Sunbury, PA 17801 |
| 5298639 | Citi | Po Box 6241    Sioux Falls, SD 57117 |
| 5298640 | Commercial Acceptance | 2300 Gettysburg Rd Ste 1    Camp Hill, PA 17011 |
| 5298641 | Discover Fin Svcs Llc | Po Box 15316    Wilmington, DE 19850 |
| 5298642 | Enhanced Recovery Co L | 8014 Bayberry Rd    Jacksonville, FL 32256 |
| 5298643 | Jpmcb Card | Po Box 15369    Wilmington, DE 19850 |
| 5298644 | M&T Bank | 1 Fountain Plz Fl 4    Buffalo, NY 14203 |
| 5298645 | Midland Funding | 320 E Big Beaver Rd Ste    Troy, MI 48083 |
| 5299083 | Synchrony Bank | c/o PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 5298646 | Verizon Wireless | Po Box 650051    Dallas, TX 75265 |

TOTAL: 15